# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Yock, Robert J. | U.S. Court of Federal Claims | 05/08/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Judge | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

National Courts Building
717 Madison Place, N.W.
Washington, D.C. 20005

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Fairfax County, VA School District, Retirement Annuity |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dominion Resources | D | Dividend | M | T | | | | | |
| 2. Target | B | Dividend | M | T | Sold (part) | 12/02/11 | K | E | |
| 3. Ford Motor | A | Dividend | J | T | | | | | |
| 4. Nokia | A | Dividend | | | Sold | 07/20/11 | J | A | |
| 5. Altria Group | A | Dividend | J | T | | | | | |
| 6. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 7. Seligman Comm & Info Fund (MP) | A | Dividend | J | T | | | | | |
| 8. Cisco Sys., Inc. | A | Dividend | | | Sold | 07/20/11 | J | C | |
| 9. Corning, Inc. | A | Dividend | J | T | | | | | |
| 10. Bank of America | A | Dividend | | | Sold | 7/20/11 | J | B | |
| 11. JP Morgan Case & Co. | A | Dividend | | | Sold | 7/20/11 | J | B | |
| 12. Teco, Inergy, Inc. | A | Dividend | J | T | | | | | |
| 13. Sinclair Broadcast Group | A | Dividend | J | T | | | | | |
| 14. Fiarfax Co. Bonds | A | Interest | J | T | | | | | |
| 15. General Mills | A | Dividend | J | T | | | | | |
| 16. Bank of America, Annandale, VA | A | Interest | J | T | | | | | |
| 17. Woodland Glen Real Estate Limited Partnership | A | Dividend | | | Sold | 2011 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VALIC TSA (S) | B | Dividend | M | T | | | | | |
| 19. Navy Fed. Credit Union, ▬ | B | Interest | L | T | | | | | |
| 20. VA Commerce Bank, ▬ | B | Interest | L | T | | | | | |
| 21. AM Funds, Growth Fund of America (ML) | A | Dividend | L | T | | | | | |
| 22. Thornburg Int'l Value Fund (ML) | A | Dividend | | | Sold | 7/20/11 | K | E | |
| 23. Kraft Foods, Inc. | A | Dividend | J | T | | | | | |
| 24. Online Vacation CTR Corp. | A | Dividend | J | T | | | | | |
| 25. Phillip Morris Int'l Inc. | A | Dividend | J | T | | | | | |
| 26. MetLife, Inc. | A | Dividend | | | Sold | 7/20/11 | J | C | |
| 27. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 28. Powershare, F.D. Water Utilities | A | Dividend | | | Sold | 1/11/11 | J | A | |
| 29. Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 30. Cole Credit Property Trust II | A | Dividend | L | T | | | | | |
| 31. Prudential Annuity ASXTG | D | Interest | M | T | | | | | |
| 32. Cole Credit Property Trust III | A | Dividend | K | T | | | | | |
| 33. Monsanto Co C/S | A | Dividend | J | T | | | | | |
| 34. Vanguard Mid-Cap Growth Index MF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Apple Inc. C/S | A | Dividend | J | T | | | | | |
| 36. Deckers Outdoor Corp C/S | A | Dividend | J | T | | | | | |
| 37. Oppenheimer Int'l Bond (MF) | A | Dividend | J | T | | | | | |
| 38. Oppenheimer Dev. MKTs FD (MF) | A | Dividend | K | T | | | | | |
| 39. UTS ADT High 80 (MF) | E | Dividend | K | T | Buy | 1/11/11 | K | | |
| 40. DWS Man Muni Bond (MF) | E | Dividend | K | T | Buy | 12/20/11 | K | | |
| 41. Transamerica Asset (MF) | E | Dividend | K | T | Buy | 4/26/11 | K | | |
| 42. Abbott Labs C/S | C | Dividend | J | T | Buy | 11/16/11 | J | | |
| 43. Allergan C/S | C | Dividend | J | T | Buy | 7/22/11 | J | | |
| 44. Apple C/S | D | Dividend | J | T | Buy | 7/22/11 | J | | |
| 45. C.H. Robinson Worldwide C/S | D | Dividend | J | T | Buy | 7/27/11 | J | | |
| 46. Coach C/S | D | Dividend | J | T | Buy | 7/22/11 | J | | |
| 47. Cognizant Tech Solutions C/S | D | Dividend | J | T | Buy | 7/22/11 | J | | |
| 48. Fackset Research Systems C/S | C | Dividend | J | T | Buy | 10/17/11 | J | | |
| 49. Google C/S | C | Dividend | J | T | Buy | 7/22/11 | J | | |
| 50. Intiutive Surgical | C | Dividend | J | T | Buy | 7/22/11 | J | | |
| 51. Intuit C/S | B | Dividend | J | T | Buy | 12/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Mastercard C/S | B | Dividend | J | T | Buy | 7/22/11 | J | | |
| 53. Microsoft C/S | C | Dividend | J | T | Buy | 7/22/11 | J | | |
| 54. Oracle C/S | D | Dividend | J | T | Buy | 7/22/11 | J | | |
| 55. T. Rowe Price Group C/S | D | Dividend | J | T | Buy | 7/22/11 | J | | |
| 56. Qualcomm C/S | D | Dividend | J | T | Buy | 7/22/11 | J | | |
| 57. Starbucks C/S | C | Dividend | J | T | Buy | 7/22/11 | J | | |
| 58. Varian Med. Systems | D | Dividend | J | T | Buy | 7/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Line 2 - Partial sale of Target C/S on 12/02/11, leaving Target C/S in portfolio with a L code value.

Part VII - Line 17 - Woodland Glen Real Estate Limited Partnership - purchased 5/10/86 - cost $24,331.35 - Declared bankruptcy 2011. Worth nothing.

| Name of Person Reporting | Date of Report |
|---|---|
| Yock, Robert J. | 05/08/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert J. Yock**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544